

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00189-CV

IN RE RODNEY DUANE ADAMS, II            RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. CR-2015-05023-C

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of mandamus and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus is denied. Relator's reply, which included a notice of appeal from the trial court's order denying this pretrial application for habeas corpus relief, is forwarded to the trial court clerk. *See* Tex. R. App. P. 25.2(c)(1).

The stay of the trial court proceedings in case number CR-2015-05023-C, styled *The State of Texas v. Rodney Duane Adams, II*, pending in County Criminal Court Number 3, Denton County, Texas, is hereby lifted.

---

[1]*See* Tex. R. App. P. 47.4.

The clerk of this court is directed to transmit a copy of this opinion to the attorney of record, the trial court judge, and the trial court clerk.

PER CURIAM

PANEL: GABRIEL, MEIER, and SUDDERTH, JJ.

DELIVERED: June 30, 2016